UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                         CASE NO: 17-11630
GREG GIMELSTEIN                                CHAPTER 13
                                               JUDGE: BUCHANAN


        DEBTOR

### APPLICATION FOR THE ALLOWANCE OF FEES AND STATEMENT PURSUANT TO SEC. 329 OF THE CODE AND RULE 2016(B)

Your Petitioner respectfully represents that as attorney of record for the Debtor(s) herein, he has performed on behalf of the Debtor(s) numerous services in connection with the preparation of the petition filed herein, and that he has represented the Debtor(s) in all proceedings in this matter.

Your Petitioner believes that the fair and reasonable fee for services herein to the Debtor(s) is …………………………………………………………………$  3,500.00

Your Petitioner further represents that he has received as advance payment on said fee the amount of …………………………………………………..$    200.00

WHEREFORE, your Petitioner prays for an Order directing the Trustee to Pay the Petitioner in accordance with the usual practice in this Court the amount of ………………………………………………………………… $  3,300.00


                              /s/ Eric W. Goering
                              Attorney for Debtor(s)



I, Eric W. Goering, state that the facts in this Application are true and that no understanding exists for a division of fees between said attorney and the Trustee or the Debtor(s).


                              /s/ Eric W. Goering
                              Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I hereby certify that on **May 9, 2017** a copy of the foregoing **Application of Attorney Fees** was served on the following registered ECF participants, **electronically** through the courts ECF System at the email address registered with the court:

Margaret Burks
US Trustee

Greg Gimelstein
7189 Birch Hollow Lane
West Chester, OH 45069

/s/ Eric W. Goering
Eric W. Goering #0061146