This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.

Beth A. Buchanan
United States Bankruptcy Judge

Dated: September 10, 2020

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION (CINCINNATI)

| | |
|---|---|
| IN RE: | Case No. 17-11630 |
| GREG GIMELSTEIN | Chapter 13 |
| | Judge Beth A. Buchanan |
| Debtor | |

_____

### ORDER GRANTING MOTION FOR AUTHORITY TO SELL 2013 HONDA PILOT AND TO DISTRIBUTE PROCEEDS
(Doc. #52)
_____

This matter is before the Court pursuant to the Debtor's Motion for Authority to Sell 2013 Honda Pilot and to Distribute Proceeds (Doc.52) and the Trustee's Response thereto.  A hearing on this matter was held on September 3, 2020 and the Court finds the Motion well taken and Grants the request with the following conditions:

a. The Debtor and the non-filing co-owner will turn over the $ 13,500.00 sale proceeds to the Chapter 13 Trustee to pay off the lien with Acura Financial Services ("Acura").  Any remaining balance held by the Chapter 13 Trustee may be disbursed to creditors.

b. The sale proceeds will be made payable to Goering & Goering, Special. Counsel for debtor will immediately turn them over to the Trustee.

c. Upon receipt, the Trustee shall disburse the appropriate funds to Acura within 5 day.

d. Acura Financial Services is hereby ordered to release their lien on the 2013 Honda Pilot, Vin. #5FNYF4H57DB033383 within 5 days of entry of this order.

e. Counsel for Debtor and the Trustee have communicated with counsel for Acura who has advised that their client does not object to the motion and did not refer the matter to them for that reason.

f. Counsel for Debtor shall provide an email copy of this Order to the buyer.

g.  In the event that Acura Financial Services fails to timely release their lien, a copy of this Order can effectuate the release.

h. A report to the court will be filed within 45 days as to the status of the sale.

SO ORDERED

Copies to default list and additional parties:

Acura Financial Services
National Bankruptcy Center
PO Box 168088
Irving, TX 75016-8088

Synchrony Bank
c/o PRA Receivables Management LLC
PO Box 41021
Norfolk, VA 23541