**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **IN RE:** | **Case No. 17-11630** |
| **GREG GIMELSTEIN** | **Chapter 13** |
| **Debtor** | **Judge Beth A. Buchanan** |

## APPLICATION FOR ATTORNEY FEES

Now comes, Eric W. Goering, attorney for the debtor and makes this application for an allowance of **$1,680.00** as attorney fees beyond the no-look fee to be paid to him by the Trustee. See LBR 2016-1(b). The additional allowance is for legal services rendered for the debtor as follows:

**12/18/20 – Telephone call with client regarding Relief from Stay Motion - .2 X attorney rate of $400/hr = $80.00**

**12/21/20 – Telephone call with client regarding budget and options- .3 X attorney rate of $400/hr = $120.00**

**12/12/20 – Email from Joel Jensen, email to client re: Motion for Relief - .1 X attorney rate of $400/hr = $40.00**

**12/28/20 – Telephone call with client regarding Relief - .1 X attorney rate of $400/hr = $40.00**

**12/28/21 – Drafted and filed response to Motion for Relief - .2 X attorney rate of $400/hr = $80.00**

**12/30/20 – Telephone call with client regarding hearing and ability to pay - .2 X attorney rate of $400/hr = $80.00**

**1/13/21 – Telephone call with client regarding terms of payment - .3 X attorney rate of $400/hr = $120.00**

**1/13/21 – Email to client - .1 X attorney rate of $400/hr = $40.00**

**1/25/21 – Email to and from Joel Jensen regarding options and hearing - .2 X attorney rate of $400/hr = $80.00**

**2/01/21 – Email to and from client regarding settlement - .1 X attorney rate of $400/hr = $40.00**

**2/19/21 – Reviewed Agreed Order on MFR and payment histroy - .3 X attorney rate of $400/hr = $120.00**

**2/18/21 – Email to client regarding settlement - .1 X attorney rate of $400/hr = $40.00**

**2/19/21 – Reviewed mortgage notice - .1 X attorney rate of $400/hr = $40.00**

**2/19/21 – Email to Joel Jensen re: Agreed Order and payment history and our math- .3 X attorney rate of $400/hr = $120.00**

**2/25/21 – Telephone call with client - .1 X attorney rate of $400/hr = $40.00**

**2/25/21 – Telephone call with Joel Jensen - .1 X attorney rate of $400/hr = $40.00**

**2/25/21 – Prepared and file Motion to Modify - .3 X attorney rate of $400/hr = $120.00**

**3/02/21 – Reviewed objection to MTM filed by Chapter 13 Trustee - .1 X attorney rate of $400/hr = $40.00**

**3/02/21 – Telephone call with client regarding budget- .1 X attorney rate of $400/hr = $40.00**

**3/05/21 – Emails to and from client regarding budget - .2 X attorney rate of $400/hr = $80.00**

**2/25/21 – emails with the Chapter 13 Trustee regarding Motion for Relief AO - .1 X attorney rate of $400/hr = $40.00**

**3/25/21 – Emails to and from Chapter 13 Office re: Motion to Modify/Objection - .2 X attorney rate of $400/hr = $80.00**

**3/25/21 – Telephone call with client regarding budget - .1 X attorney rate of $400/hr = $40.00**

**3/25/21 – Prepare and file amended schedules and support document - .3 X attorney rate of $400/hr = $120.00**

**Total = $1,680.00**

Debtor's case was confirmed on July 18, 2017 with unsecured creditors being paid a percentage of 5%.

Wherefore, Eric W. Goering respectfully requests the above-stated fees be granted and paid through the confirmed Chapter 13 plan.

Respectfully submitted,

/s/ *Eric W. Goering*
Eric W. Goering 0061146
220 W. Third Street
Cincinnati, Ohio 45202
513-621-0912

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **IN RE:** | **Case No. 17-11630** |
| **GREG GIMELSTEIN** | **Chapter 13** |
| **Debtor** | **Judge Beth A. Buchanan** |

## NOTICE ON APPLICATION FOR ATTORNEY FEES

Attorney for the debtor (s) has entered a Motion for Allowance of Attorney Fee.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion/objection, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion/objection, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:

Clerk, U.S. Bankruptcy Court
Atrium Two, Suite 800
221 E. Fourth St.
Cincinnati, Ohio 45202

OR your attorney must file a response using the court's ECF System.

Date: 6/16/21

The court must receive your response on or before the date above.

You must also send a copy of your response either by
1) the court's ECF System or by
2) regular U.S. Mail to:

Goering & Goering
Attorney for Debtor(s)
220 West Third Street
Cincinnati, Ohio 45202

Margaret A. Burks
Chapter 13 Trustee
36 E. 4th St., #900
Cincinnati, OH 45202

U.S. Trustee
J.W. Peck Federal Building
550 Main Street
Room 4-812
Cincinnati, Ohio 45202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in this motion/objection and may enter an order granting the relief.

Date: 5/25/21

GOERING & GOERING
Attorneys for Debtor
220 West Third Street
Cincinnati, Ohio 45202
(513) 621-0912

/s/ *Eric W. Goering*
Eric W. Goering 0061146

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, a copy of the foregoing Application for Attorney Fees was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

U.S. Trustee
Margaret A. Burks
Edward Boll
Joel Jensen

And on the following by **ordinary U.S. Mail** addressed to:

Greg Gimelstein
7189 Birch Hollow Lane
West Chester, Ohio 45069

And on the following attached creditors by ordinary U.S. Mail addressed to:

/s/*Eric W. Goering*
Eric W. Goering

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541

Cavalry SPV, KKC
Bass & Associates, PC
3936 E. Ft. Lowell Road #200
Tucson, AZ 85712

American Express Bank, FSB
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

US Bank
Bankruptcy Dept
PO Box 5229
Cincinnati, Ohio 45201

CitiMortgage, Inc
c/o Cenlar, FSB
425 Phillips Blvd
Ewing, NJ 08618

Unifund CCR
10625 Techwoods Circle
Cincinnati, Ohio 45242

Key Bank NA
4910 Tiedeman Road
Brooklyn, Ohio 44144

Huntington National Bank
PO Box 89424
Cleveland, Ohio 44101

Fifth Third Bank
PO Box 9013
Addison, TX 75001

Acura Financial Services
National Bankruptcy Center
PO Box 168088
Irving, TX 75016-8088